**Rudolph M. MURRAY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**Department of Defense, Respondent.**

**No. 01–3226.**

United States Court of Appeals, Federal Circuit.

Aug. 24, 2001.

SCHALL, Circuit Judge.

*ORDER*

The Merit Systems Protection Board moves to remand this case to the Board "for further consideration and decision." The Board states that the motion is unopposed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.